IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



**FILED**

DEC 0 2 2016

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-17-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| LINDSEY KRYSTELLE HUDSON, | |
| Defendant. | |

The Government has moved to revoke the Defendant's pretrial release. I

find there is probable cause to believe the Defendant has violated conditions of

supervision, supported by the affidavit of the U.S. Pretrial Services Officer given

under penalty of perjury. Therefore,

IT IS HEREBY ORDERED that an arrest warrant be issued.

DATED this 2nd day of December, 2016.

Jeremiah C. Lynch
United States Magistrate Judge