IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–17–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LINDSEY KRYSTELLE HUDSON, | |
| Defendant. | |

Before the Court is Defendant Lindsey Krystelle Hudson's Unopposed Motion for Early Termination of Supervised Release. (Doc. 218.) Hudson's probation officer has communicated his support of her motion to the Court. Hudson was released from custody on November 7, 2018 and has now served more than 27 months of her 36-month term of supervision. (Doc. 219 at 2.)

A court may "terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In determining whether to terminate a term of supervised release, courts consider the factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3564.

1

Here, "the history and characteristics of the defendant" counsel in favor of granting Hudson's motion. 18 U.S.C. § 3553(a)(1). Hudson's commitment to sobriety and a law-abiding lifestyle is evident in her accomplishments in prison and her life choices since being released. Not only did Hudson successfully complete three drug addiction treatment programs while in custody, but she earned her GED as well. (Doc. 219 at 9.) Since her release into the community, Hudson has earned a reputation as a hardworking and loyal employee and has regained the custody of her youngest child. (Docs. 220-2; 220-3; 220-4; 219 at 10.) From letters submitted in support of this motion on her behalf, it is clear that Hudson prioritizes her family, and continues to pursue a stable life in her community. Having reviewed all of the material submitted to it, the Court is now convinced that keeping Hudson under its supervision does not serve any further rehabilitative purpose.

Accordingly, IT IS ORDERED that Hudson's Motion (Doc. 218) is GRANTED. The term of supervised release imposed by the March 17, 2017 Judgment (Doc. 176) is TERMINATED as of the date of this Order. Hudson is DISCHARGED from the sentence of supervised release.

DATED this 15th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court